IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN HYMAN CIROTA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　3:13cv54-WS

DAVID MORGAN, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 16) docketed January 24, 2014. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to Rule 41(a)(1)(A)(i).

    The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint, and this action, are hereby DISMISSED WITHOUT PREJUDICE pursuant to the plaintiff's notice (doc. 15) of voluntary dismissal.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   25th   day of    February   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE